# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **Criminal No. 1:23-cr-321** |
| **v.** | * |
| | *   **Boasberg, C.J.** |
| **JAMES RAY EPPS, SR.** | * |
| | * |

## NOTICE OF ENTRY OF APPEARANCE

Attorney Edward J. Ungvarsky respectfully notices his appearance as counsel for the defendant, James Ray Epps, Sr., in the above-captioned matter.

Respectfully Submitted,

Date: Sept. 19, 2023

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky, # 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Tel: 571-207-9710
Cell: 202-409-2084
Fax: 571-777-9933
ed@ungvarskylaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, this 19th day of September, 2023, I caused a copy of the foregoing notice to be served on counsel of record via the District Court's Electronic Case Filing system.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky