**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**          **:**

          **v.**                                    **:**          **23-CR-321-JEB**

**RAY EPPS, SR**                                **:**

## ORDER

Having considered the defendant's unopposed motion to file sentencing exhibits under

seal, for good cause shown, the Court hereby GRANTS the motion and ORDERS that the

defendant may file his sentencing exhibits under seal.

SO ORDERED.

_____
Hon. James E. Boasberg
U.S. District Court Judge