# EXHIBIT 2

The Hon. James E. Boasberg
Chief Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

My name is James "Ray" Epps SR, I am to appear before you for sentencing on 12/20/23.

The guilt, remorse, and humiliation I have for putting my wife and family through what has happened because of my actions on 1/5/21 and 1/6/21 has been overwhelming and almost unbearable. The past two years of harassment, threats, and being forced to repeatedly move to try to hide from persons making our life difficult was unthinkable prior to my trip to Washington, D.C. Each instance reminds me that if I had never gone to Washington, my wife's life (and mine) would not have been so upended.

I am a peaceful follower of Jesus Christ. I had what I thought at the time were valid concerns about the election. I traveled to DC to accompany my son and peacefully protest my concerns. At no time on 1/5 or 1/6/21 did I consider taking part in any type of violence or destruction. I take full responsibility for knowingly trespassing on restricted grounds and as a result unlawfully engaging in disorderly conduct. By doing so, not only have I put my wife and family through an ongoing nightmare, but it has also left friends and hundreds of youths I taught and led with serious questions. I have let each of them as well as myself down. I am sincerely sorry for going to Washington D.C. and saying some absurd things while there. I do not regret trying to calm people down, deescalate volatile situations and try to keep rioters from attacking law enforcement.

Your Honor, I want you to know I love the United States of America. I do now and have always believed that our Constitution was God inspired, and as such, the most correct way for us to have freedom and the pursuit of happiness on earth. I also believe in the Democratic process of our Republic for the peaceful transfer of power during the election cycle. The Democratic process has worked for 246 years, I have faith that it will continue to work for centuries to come with the lessons learned from 1/6/21.

I have also learned not to put my trust in politicians, Fox News and some other media and social media outlets, only to have them betray me and other America citizens with election lies. Then when the lies were exposed, they created a conspiracy to shift the entire blame of the insurrection on the FBI and myself as I became the face of J6. The blame of the insurrection is not on the FBI. It is on those who were at the Capitol and engaged in insurrectionist activities and those who misled Americans like myself, into believing the election had been stolen.

Your Honor, my decision to attend the J6 events has had a devastating impact on every part of our lives. The resulting focus on me by some has fragmented our families, taken our livelihood and negatively impacted our health, both physically and mentally. I am regretful, remorseful, deeply sorry, and angry at myself for attending the protest.

Sincerely,

*James L. Epps Sr.*

James Ray Epps SR