# EXHIBIT 3

The Hon. James E. Boasberg
Chief Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing this letter regarding James "Ray" Epps SR, who is scheduled to appear before the court for sentencing on Dec. 20, 2023. My name is Robyn R Epps, I am Ray's wife.

Ray and I have been married for 33 years; this is a second marriage for both of us. We are the parents of adult children and grandparents of many. Since our departure from Queen Creek, AZ in May 2022, we have been living in a 5th wheel. For safety reasons we have relocated four times since leaving Arizona, all of which have been within the state where we now live, which is outside Arizona.

I graduated from high school in 1975 and went on to attend cosmetology school. I started my professional career in property management. I managed multi-family apartment communities until Ray and I were married in 1990 in Las Vegas, NV. Shortly thereafter we relocated to Colorado where I secured a position with For Rent Magazine as an Account Executive. Throughout my tenure, I received several promotions. My career with For Rent Magazine/After 55 Housing and Resource Guide ended in 2018. Also in 2018, Ray and I decided to build a barn where we could host a variety of events. Our event venue immediately became very successful and lucrative.

Before going further, I would like to set the stage for my letter. Since the J6 rally that turned into an insurrection, Ray has been portrayed by Fox News, other media outlets, social media, and certain politicians to be a fictional character that simply doesn't exist, in fact, quite opposite of who he truly is. Therefore, I am assuming the responsibility of providing, through this letter, a summary of who Ray Epps is, and not the fictional character that has been presented by others to push their own, false political agenda.

Being married to Ray for 33 years has taught me a lot about this man. I learned early on that Ray served in the Marine Corps and took that very seriously. I have lost count of the times that he has stated, "Once a Marine, always a Marine". He taught me what I have come to see time and time again: there is a "brotherhood" as a Marine, regardless of when a person served, or the rank they held. Marines are always "brothers". I also learned early in our marriage that Ray was and still is a "protector" to his very core. I have seen this in motion on numerous occasions. At restaurants, he always needs to be facing the door so he can protect everyone's safety. He has taught me to always be aware of my surroundings. It is also important to Ray that he be in the front, countless times I have had to remind him to slow down and walk next to me, not in front of me. His response has been, "I can't protect you from the back". I can always count on Ray being in front.

Ray is the most honest person I know. Ray is a man of integrity and strong ethics. To give an example, we purchased a home in Queen Creek, AZ in 1997. The house needed work, but it sat on over an acre and it was in an area that we loved. Our intent was to rent back our current home for 2 weeks once sold, giving us time to remove a couple of walls, replace a few windows, doors, and carpeting. At that time Ray was a licensed roofing contractor and our business was relatively new, so we had a very strict budget to work with. We sold our home quickly and put our plan in motion. After closing on the Queen Creek property, Ray went over to the house to start the demolition work. He knocked down a kitchen wall and in doing so termites dropped from the attic. After seeing this Ray investigated further and we quickly learned the house was infested; and to make it even worse, it had been covered up. Attic trusses were held together with foil and long screws,

1

drywall had been replaced, etc. A structural engineer deemed the house structurally unsound and stated it all needed to be demolished. The home inspector had not gone up in the attic due to the summer heat and as a result the termites were missed. His business carried a very small insurance policy. What we had left was a concrete slab, two exterior block walls and a mortgage...but not a home. We were told by numerous people, including professionals, to turn the property back over to the bank. I clearly remember Ray's response, "Why would we do that, it's not the bank's fault". It was challenging, to say the least, making a mortgage payment for a concrete slab and 2 block walls, and pay to rebuild a home. We moved in with Ray's parents for 8 months while he built our home. My income supported our family during this time. It was a very difficult situation and we struggled through it for 8 years. We lived lean during those years and when our son, Jim, graduated from high school we sold our home. There were many people, including our children, who learned a great life lesson through our experience...always do the right thing regardless of the consequences and blessings will follow.

Ray is a very compassionate man and has dedicated his life to serving others, without receiving acknowledgement or praise. In fact, on many occasions if the receiver of the service found out it was Ray and wanted to thank him, he was very uncomfortable. He would say to me privately, "Serving for recognition is not service". Throughout our marriage, he has taught me so much about serving others such as: our family fed the homeless for 8 years on Christmas morning, Ray cared for homeless individuals privately, he consistently assisted others with his talents in construction and farming. He cared for the sick, served in Boy Scouts, youth groups, and in numerous church callings which were all at our expense.

To give you an idea of the quality of person that Ray is: In the heat of an Arizona summer day, Ray and our son Jim were on their way home from a construction job and stopped to get a soda. They noticed a truck with a camper shell off on the side of the road. The camper shell didn't have windows, only holes where the windows should have been. Looking out of the holes were three small children between the ages of 2-6 with beet red faces. Ray went into the store, purchased drinks for Jim and himself, and drinks for the kids. He approached the truck to find the owners. He learned that the man, his wife, and children had broken down, had no A/C and their funds were depleted. Ray was very concerned for their safety and felt inspired to pack them all up and bring them to our home. He gave me a quick call to let me know what was going on and to prepare more food for dinner. Ray and Jim arrived home with a family of 5. We fed them and brought out sleeping bags for everyone. The following morning, they were able to get the financial support and help they needed. Ray took them to a designated location where they met up with individuals there to assist them.

Here's another story: During my career, I traveled throughout the country several times a month. Late on a Sunday I caught a flight so I could attend an early Monday morning meeting. I arrived at the airport early and was walking by a gate counter in the Phoenix airport. At the counter stood an employee and two women passengers. They were the only people in the vicinity. I could hear that one of the women was visibly upset. I learned through the woman's sobbing that her daughter had a medical emergency and was in the ER in the Lake Havasu City, AZ hospital. The first leg of her trip was late arriving, and she missed her connection in Phoenix. The airport employee explained there were no flights out until the following day. Additionally, the employee had checked bus schedules and again nothing was available until Monday. I called Ray quickly and, in a whisper, explained the situation. His response, "What, you want me to take them to Lake Havasu?" I said, no I was just wondering. He told me that Lake Havasu was about 200 miles away from the airport. The poor mother was sobbing at this point. At that moment, I introduced myself. I told her that my husband would love to help by driving them to Lake Havasu City, AZ. I immediately called Ray. I told him what I had said and without hesitation he said, "I need to fill my tank and then I will be there." We lived about an hour from the airport, so I sat with the women until Ray arrived. Ray drove the women directly to the hospital and arrived around 1:00 AM. After they were safely at their destination he turned around and drove straight home as he had responsibilities first thing Monday morning.

2

These experiences are only a couple of many I could share where his selfless acts of service touched the lives of so many.

Ray was a sergeant in the Marine Corps and knows how to use his voice. Trust me, my husband does not know how to whisper! When the media started reporting that he "whispered" into Ryan Samsel's ear, my exact words were, "That is just plain ridiculous. First, Ray doesn't know how to whisper and second, how could he possibly whisper in someone's ear with all the yelling and commotion around him!" Additionally, Ray has severe hearing loss from his time in the military, this adds to the volume of his voice. I was finally able to convince him to get hearing aids in June 2022.

Ray is not a perfect man; one doesn't exist on earth. I describe Ray as being rough around the edges, has limited filters and often says what he thinks, and he has a heart bigger than a mountain.

Ray is a law-abiding citizen and always has been. He has always taught youth the importance of obeying the laws of the land. Whenever he could be of help to law enforcement, he felt it was his duty to do so. I could share numerous examples of situations where Ray took upon himself the responsibility to assist law enforcement in keeping people safe, which leads me to the events that took place in Washington DC on the night of Jan. 5, 2021, and on Jan. 6, 2021.

Ray and I voted for Donald Trump in 2016 and 2020. We were loyal Fox News viewers, in fact, that was our exclusive news channel. As we watched Fox News leading up to the 2020 election, we were concerned with the violence Fox News was sharing on the news taking place in various states with "Antifa" and "Black Lives Matter". When the ballots were sent out, we received 5, even though there were only 2 of us living at our property. Our Arizona property had two separate addresses, one was our personal residence and the other was a vacant house which we had renovated for our bridal parties to enjoy on their wedding day. Two ballots came to our personal address as normal. However, the other three ballots were mailed to the vacant house and none of names on the ballots had lived in that house anytime during the 12 years we owned the property. Fox News was reporting non-stop on election fraud. During that time, we learned from various friends they too had received multiple ballots. The combination of all these things left us with a feeling of concern for a fair election. Our son, ▓▓, contacted Ray in December 2020 to inform him that he had purchased tickets to go to the J6 rally in Washington DC. Ray asked ▓▓ why he wanted to go. ▓▓ told him, "Because our President asked me to". ▓▓ invited Ray to go but Ray declined due to our wedding venue schedule. When Ray told me about ▓▓ going, I was very concerned due to the violence taking place in the streets of various cities during other protests. I encouraged Ray to go and keep a watchful eye on ▓▓. In addition, the Epps family has a substantial amount of family history in Virginia. While going to DC, they could enjoy some sight-seeing before and after the 6th. On January 1, 2021, we purchased a roundtrip ticket to DC for Ray to accompany ▓▓ and his friend. Ray flew in from Arizona and ▓▓ and his friend flew in from where they lived on the evening of January 4, 2021. Ray left Arizona with the best intentions. Sadly, when he got on that plane the lives we enjoyed were forever gone and the future we anticipated was destroyed.

If only ▓▓ hadn't planned to go to DC. If only Ray didn't join him. If only Ray had stayed in the hotel room the night before. And if only Ray didn't walk to the Capitol. At least when he was at the Capitol, he was one of the only people trying to de-escalate and trying to be on the side of the police. At least, he contributed and helped that way. Of course, it would have been better if he had never gone there in the first place. I know this, once there, Ray wouldn't stand by and watch the violence unfold without at least trying to make the protest more peaceful, as he had said the night before.

Ray got home to our house on 1/8. He wasn't happy at all about what had happened on 1/6. Later that day, he learned his picture was posted on an FBI Seeking Information page. Ray called the number to tell the FBI

3

he was the person in the picture and to answer questions. Ray is honest and a very direct person. Ray's duty was to respond to those questions, and he did on that phone call. When the FBI asked him to come for a meeting to answer more questions, he did. When the J6 House Select Committee directed him to meet for two separate interviews to answer questions, he did.

Since January 6, 2021, our lives are not and never will be the same. After FOX News created and amplified the "Ray Epps conspiracy theory," we have endured death threats and harassment that put our lives at risk. My personal cellphone was used for our business, so threats and harassment were sent through my cell number listed on our website, social media, and promotional materials. I was bombarded with text messages/threats/harassment and frightening voicemails 24/7. I picked up shell casings on our property in December 2021 where the individuals had a direct line of sight to our home and master bedroom. People drove by brandishing guns and yelling horrible threats and insults. People filmed us and chased us on our property and in public, shouting questions about Ray's involvement and accusations of FBI involvement. People posted lies and threats on social media, including our business Yahoo and Google Review sites.

Intruders trespassed during weddings as they ran onto our property yelling accusations about Ray. Others signed up for tours, claiming they wanted to book a wedding and all they wanted was to get access to us. On two occasions I was alone giving tours of our venue facilities and while in the separate home used by bridal parties to prepare for their wedding, I was cornered by couples who faked a desire to take a tour. They stood in front of the door so I couldn't leave and attacked me verbally with questions and insults about Ray. I was so frightened that we cancelled tours of our venue facility and I left town weeks at a time.

I became afraid to walk my dogs on our own property, especially at night. I hid in the house, terrified that I would be chased down in our own front yard. I felt that we were in danger at all times in our own home. When law enforcement alerted us that death threats appeared on the Dark Web, I left our home to stay with friends for weeks at a time.

Our business and personal lives have been destroyed by the ongoing lies on Fox News, ultra-conservative politicians, and media outlets, even by Donald Trump, who on Jan. 5, 2022, held a rally a short distance from our home, and stirred up his crowd with negative comments about Ray. The day of the rally we had to hire extra security. People ran onto our property while clients were celebrating their marriage making threatening comments and throwing insults at us and the wedding party. The day after the rally, a tour bus drove past our home as people took pictures. That's when we decided to sell our property and go into hiding. Because we are in hiding, imminent death threats on our property have stopped; however, threats and harassment continue through our cellphones, media outlets, social media, and certain politicians. There is no escaping it. I live in constant fear that we will be recognized that someone will find out where we live and reveal it to others and that part of the nightmare will start all over again. There isn't a moment in the day where the weight of January 6, 2021, is not on our minds.

As people ask about the Capitol, whether it is authorities, friends or strangers, Ray has always shown his remorse for even choosing to go to DC and for things he said and did. He has taken responsibility for his words and actions, not only with this court, the FBI, and the J6 House Select Committee, but with anyone who has questioned him about those two days. Ray made mistakes in joining protestors to go to the Capitol. I wish he hadn't gone there. But he cares about the mistakes that he made. He admits that. I'm proud of my husband for that.

Ray and I have tried to find something good in all of this. We have suffered under the attacks by FOX News, politicians, and social media and have learned how conspiracy theories can grow so quickly. They did so because media and people who are trusted lie, distort the truth and outright make up information for

4

their own benefit or edification. When we are in a healthier state of mind, we want to devote much of our time in the future to educating people how to know what's true and what's false, how to research information for themselves and how to respond. We think it is the main reason the January 6th insurrection occurred. We and others were deceived by those same entities and if we can be a small part of reducing its affect, we want to do so.

Your Honor, I hope and pray I have shared examples and facts that have helped introduce the "real" Ray Epps and not the monster created since the attacks on Ray began. Ray and I put God first in our lives, family and country closely follow. We worked hard our entire lives to be where we were up until 1/6/21, in less than 3 years it's all gone. We were two average and unknown private American citizens trying to work hard and prepare for our retirement. At the ages of 62 and 65, it will be impossible to start over. I am retired with health, emotional and trauma issues. I understand the seriousness of the charge, I live it every day. I know Ray said some foolish things that he consistently apologizes for and has immense regret over saying. I also know that Ray broke the law when he went beyond the barriers on restricted grounds with the crowd of people and made it hard on the police to keep the people in control. I have lived through the deep remorse he feels. I love my husband; he is good man to the core. His mistakes while in DC do not define the man he is. Ray is also the man who tried to do the right thing by trying to deescalate the angry mob so they and law enforcement would not be harmed, even though he put his own safety at risk.

Your Honor, please consider all the facts in your decision as to Ray's sentence and realize that we will continue to be punished for the rest of our lives as the result of 1/6/2021. Thank you for the service you give to our country. I understand that, for safety reasons, Mr. Ungvarsky will redact my personal information from public filings, but realize it is given to you and all court personnel. If you would like to ask further questions, I have entered my contact information below.

Sincerely,

*[signature]*

Robyn R Epps