# EXHIBIT 4

The Hon. James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing concerning Ray Epps, who is scheduled to appear before you for sentencing. My name is ███████████████ the first-born son and █████████ to my father, Ray Epps.

I am a 39-year-old husband and father of six, three girls and three boys. My wife, █████████ and I were high school sweethearts and have been married for 18 years. When my father was accused of being an FBI plant in the insurrection which took place on January 6, 2021, the fallout was life-changing for all of us. We lived in fear of our kids being questioned at school, my employment being affected, the FBI raiding our home, and even drive-by harassments or shootings. Fox News, Mr. Tucker Carlson, and a multiplicity of other media sources had millions of their followers believing my father, whose name I carry, was sent to Washington D.C. as a deep-state plant to overthrow the government.

Throughout all the fearful and uneasy moments, my wife and I have been able to re-focus our lives on what's most important to us: God, Family, Country.  We uprooted everything we were familiar with and moved to a rural location where we currently rent a little cabin-type home. I decided to take nine months off work as a ██████████████ and build a home together as a family. Every morning, I have the blessing to wake up to God's creations and focus my efforts on building our home with my wife and children.  In the sunset of each day, I have the privilege of seeing a massive American Flag wave over the little valley we are building in. The Epps family's lives have been sorely affected, but living the principles my father engraved in me my whole life has enabled me to lead my family through something terrible, and with God's help, turn it into something beautiful.

My father and mother divorced when I was young, and I lived with my mother and her new husband in Utah until I was twelve years old. When I was twelve, I was visiting my father and his wife, Robyn in Arizona. When praying, I believe I received a clear direction from God that I needed to live with my father and learn from him. Moving to my father's home allowed me the opportunity to learn from him how to hunt, fish, build houses, work hard, have love for our country, and put God first. If I wasn't attending school, I would have been with my father working, serving, or playing.

During this time together, I witnessed firsthand my father's true character. He told the truth always. He taught me to have the courage to be honest, and I watched him speak the truth no matter the circumstance or consequence. I watched him manifest this as he interacted on job sites with customers and employees, people at gas stations and restaurants, and with various family and church associations. He taught me the valuable moral that God knows the truth, so there's no reason to ever lie.

My father also taught me to always look out for those in need. One of our family traditions in my childhood was to drive around the city of Mesa, Arizona and personally invite the homeless and anyone

that wanted to spend time with our family Christmas morning for breakfast and gifts. We would prepare for several weeks, and our little family would spend time feeding hundreds of our friends from the streets every Christmas morning at Pioneer Park. My father taught me through this experience the true meaning of Christmas - that the people we served on all those Christmas mornings were our friends and they mattered just as much as us. Those friends we spent those mornings with helped me through the struggles of teenage life.

In addition to my father being dedicated to serving others, he has also been a devoted husband to my wonderful mom, Robyn. His number one concern is her safety and well-being. She has always been his top priority to look after and provide for.

My father served our country in the Marines, which I have always been grateful and proud of. Due to hearing loss from serving, he has always been an incredibly loud speaker. During my high school wrestling years, I knew I could always count on his bold and distinct voice to carry through during an intense match to coach me to victory. That same voice was used to help calm people down during the events that took place during the Insurrection.

On January 6th, 2021, I walked with a friend on the streets around our nation's capitol after noticing they had fences up. We were looking forward to going into the Capitol and peacefully protesting, but also just being able to visit an amazing landmark. We were disappointed that it was closed. When we made our way back to the west side of the Capitol, we noticed the gates were moved and that the police were letting people go up to the steps. We were excited to at least be on the grounds of the Capitol. As we got closer, I saw the crowd in the front fighting with the police and my father was making his way up and down the line trying to calm people down. I knew then that the fences were not taken down by the police. I saw my father that was once eager to get people to the Capitol, turn into a protector of the police. He would never want any harm to come to any officer or to our country. If he knew the Capitol was closed or that people would get into fights with police or break into the Capitol, my father would have never encouraged people the night before or that morning to go there. He would have been the first in line to help protect the Capitol. When it was just too much, we all found ourselves back in the hotel room together. My father and I watched the news. We were sick to witness what people had done. My father could not sleep that night because he was extremely upset and sorry that he had told people to go to the Capitol. It was not his intention to see it go in that direction.

On January 8th, 2021, I was at the hotel in D.C. waiting for my flight. My father was already on his way back to Arizona. On the news, they brought up an FBI Seeking Information list and I saw that my father was one they were inquiring about. I called him right away and he told me he was already aware and was in communication with the FBI.

Since our trip to D.C., my father has shared with me and my family on many occasions that he should never have gone there - that he was caught up in saying some stupid things and that he was ashamed of the wrong things he had told the crowds. I have seen complete remorse from my father since the first hour back to the hotel on January 6th. I feel horrible, knowing that my father's intentions were never malicious. But my father knows that he broke the law when he passed the barrier that was removed by others.

On behalf of myself, my wife, and his six grandchildren, we sincerely ask for leniency in his sentencing. We ask for mercy, so that our loving and devoted father and grandfather may continue his role as such in our lives.  He and my mother, Robyn have suffered more than enough already the past three years and it has been physically, mentally, and emotionally wearing on them. The repercussions from the incessant propaganda spread about my father has brought incomprehensible pain to them both. We can only hope and pray that this letter will help you to see that my father is indeed a man of integrity and honor and wants only the best for his family and this country.

If anyone would like to contact me personally, please feel free to reach me at ███████████████. Furthermore, I respectfully ask that my contact information be redacted prior to going public.

Sincerely,

███████████████
█████

The Hon. James E Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing this letter in regards to Ray Epps, who is scheduled to appear before you for sentencing.  Ray is my brother.

I am a retired ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  I currently co-own a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ company with my other brother.  I am married and have a family.  I have a love for God, my family, and our country.

Ray also has a love for God, family, and country.  Ray is a good man.  When he was younger he served in the military.  He is a dedicated husband and father.  He has been a law abiding citizen.  He is respected and looked up to in his community.  He is an active and dedicated member of his church.  Ray is the type of person who would give the shirt off his back to help anyone in need.  Additionally, Ray is a hard worker, and has more than once, created and maintained a  successful business.  Ray loves the United States of America.  He is the kind of man you would want by your side, if such a need ever arose.  Ray is a big man, with an equally big heart.  He believes in this country, the constitution, sustaining the law, and in doing good to all men.

I have talked with Ray since the January 6th incident.  I know Ray made choices that day that he regrets.  He knows now that it was a mistake to have gone to DC.  Ray is sorry for being there, and taking any part in what happened on January 6th.  His choices that day have already come at great cost to him.  It has affected and impacted every part of his life, and he is remorseful and sorry.  He is not quite the same man he was prior to January 6th.  He has been humbled and he is contrite.  This has not only affected him personally, but also his wife, children, and extended family.  This has been especially hard on Ray's wife, Robyn.  Due to Ray's actions, they have had to sell their business, ranch, and home, due to safety reasons.  Robyn's safety and well-being is a main priority for him, and he realizes that by his actions, he did the opposite of that, and for that he is extremely remorseful.  At the time of January 6th, he thought he was standing up for truth and right, he now realizes how misguided and wrong he was, regarding so many things surrounding that day - especially his actions.

Ray has been a good law abiding citizen, who made some very bad choices on and around January 6th.  He broke the law.  What he did was wrong, and he now knows that.  He is deeply regretful and sorry for his words and actions surrounding that day.  His eyes have been opened to how misguided his feelings and judgment were at that time.  He has been used, tossed about, and villainized by both political parties and the media.  His life has been completely turned upside down. And he has learned a hard lesson, and he (and his wife) have already had to pay a very heavy price for his pride, errors in thinking, and actions.  I ask that you please recognize the honorable life Ray has lived overall, and please show leniency, without jail time, as a very high price has already been paid and lessons learned.  I know Ray would never engage in such actions or behaviors again.

Please contact me if you need any further information, my number is ████████

Respectfully,

--

 Managing Partner

October 2, 2023

The Honorable James E. Boasberg
Chief Judge
United Sates District Court for District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

Dear Chief Judge Boasberg,

I am writing you concerning Ray Epps, who is set to appear before you for sentencing. Ray is my oldest brother, friend, and hunting partner. Our family has always been close and able to spend time together on weekends, holidays, and just meeting for dinner at our favorite restaurant we have been going to for over 45 years. We enjoy each other's company and harass each other often, as brothers do.

I am Ray's youngest sibling, ███████ the youngest of four children.  Our Family has a loving set of parents, my Father passed several years ago, and I have a sister that passed almost 18 years ago, as well. Ray is the Patriarch of our family, now that my Father has passed, and we appreciate him stepping in to that role. I am one of two owners of ███ ██████████████████ My brother that is just older than me is the other partner. I have been married to my best friend, ███████████ for 32 years. She works for the ████ ████████████████. We have three boys that are grown and living their own lives. We are a family of hard working, law-abiding citizens, who respect and love this country, as well as our God.

Ray is a hard worker and a fun loving individual, and he has taught his children likewise. Ray is the sort of guy that would stop and help you if you were broken down and needed a hand. I have always looked up to Ray as he has served his fellow man by serving meals to the homeless (on Christmas Day), his country by serving in the Marines and his God by serving in his church. Ray has given countless hours service to the less fortunate and those in need, never looking for any type of notoriety or financial gain. Ray has patched roofs and reroofed homes for widows, on his own as well as with our Father. Ray really is a kind-hearted, God fearing man that really does try to do what is right and is honest in his dealings, not only in the eyes of the law but the eyes if his God. Ray has respect for his fellow man, first responders (we have many in our family), his family and most of all, his wife Robyn.

When I was about eight years old I was throwing a baseball with my siblings when I had a wild throw that broke a large window, about 4' x 5'.  I was terrified because I knew my parents were going to be so mad, and I was going to be in big trouble.  Ray and my older Sister, █████ told me to tell my parents the truth as soon as my parents got home. They backed me up as I went to my parents and told them what had happened. My parents were pretty upset, but they realized that it took a lot of courage to tell them what had happened and take responsibility for what happened. I always appreciated my siblings for encouraging me to be honest, and for setting a good example for me. That experience has always stuck with me, and I will never forget their advice and how they backed me up.

Ray is and always has been someone that believes in being honest and sticking by those that are trying to do what is right. Ray has never had any issues with the law or abiding by the laws of the land. When hunting together, we always follow all the laws of the ▇▇▇▇ Game and Fish Department. Ray has character and has always been one to follow the rules and laws, even when nobody is watching.

I spoke with Ray many times during this whole process since January 6th, and I know how much this has impacted his, Robyn's, and even our entire family's lives to this point. This has been a life-changing event that if Ray could take it back, he would in a second. When Ray realized (about a day after) the January 6th issues took place, Ray called the FBI in Phoenix and explained whom he was, where he was, and asked what he needed to do. Ray took responsibility for his actions as soon as he found out that the FBI was looking for him. Ray realized that he had a serious lapse in judgment, made some mistakes, and took responsibility for those mistakes by pleading guilty to disorderly conduct. He will spend the rest of his life regretting what he did on that day and how it has impacted him, his wife and family. Ray has publically stated he was sorry and wished he could take it back (on 60 minutes interview).

Ray has paid a heavy price financially and mentally, and regrets putting his wife, Robyn, through all of this. Robyn is Ray's best friend and confidant. The decisions that were made on January 6th have changed her life, too. They had to sell their home and business because of people harassing them at home and making death threats. With that in mind, they had to move and get to a safer location for Ray, but mostly for Robyn's safety. Ray knows that he has put Robyn at risk, as there are angry people that may have a vendetta against him, and that is what hurts him most of all.

Your Honor, Ray is well aware of his actions and that he did break the law, and he has accepted responsibility for his actions. I am asking that you give Ray leniency for a man that is willing to take responsibility for his actions and willing to go through many interviews with the FBI and Congress and tell the truth about what he did. I would ask that you show mercy to his family, to Ray, and Most of all to Robyn, so she can feel safe.

Ray has learned a very big lesson and paid a very heavy price. He made a mistake, and he knows it and has learned a lot through this process. Ray loves this country and would never want to hurt it. He has put on a uniform and been willing to die for it. Please know that Ray doesn't need jail time to understand what he did was wrong or to help him learn a lesson in this case.

Thank you for your consideration,



To the Honorable James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Boasberg:

      I'm writing you about my Uncle Ray Epps who is to appear before you for sentencing. My Uncle Ray is one of my closest friends. He is someone who I love to be around. We hunt and trap together. He is my uncle I probably talk to and spend the most time with. He is also always there checking in on me when I'm going through hard times, reminding me what life's all about. We joke around with each other all the time and have a supportive relationship.

My name is ▆▆▆▆▆ I live in ▆▆▆▆▆▆ I work as a ▆▆▆▆▆ for ▆▆▆▆ ▆▆▆▆▆▆▆▆▆ I have done ▆▆▆▆ work my entire life and have even built some buildings with my uncle Ray. When I'm not at work, I'm spending time with my three daughters.

My Uncle Ray is a person of great integrity. I can honestly say that I know my uncle tries to always do what he believes is right. I don't know anyone who loves God and the United States of America more than him. My Uncle Ray was a marine and dedicated years of his life for this country. Ray has taught my brothers and me to always respect law enforcement, as they risk it all everyday to keep us safe. Ray has always been one to serve the community, whether it be widows from his church by reroofing their houses, or even just helping a family member who has a difficult project at their house. Whenever people find out I'm related to Ray Epps, I only hear good things about him. Everybody knows his heart is in the right place.

I have so many good memories hanging out with my uncle. Several times my dad wouldn't be able to make it to go hunting with me, and Ray would step up and go with me. He believed in being safe, and never wanted me to go by myself. We have had several serious talks about life and God out in the middle of the woods. My uncle ray loves diet coke, and I remember one trip in particular on Mt. Lemmon in Tucson, Arizona. I watched this man fill his camelback for the entire day of hunting with a 12 pack of diet coke. I was dying laughing and the best part is that was after I watched him brush his teeth and not have any water nearby so he rinsed with diet coke. My Uncle Ray is someone I immediately look for when we pull up to a family event because that's whom I want to be around.

I talked to Ray on the night of January 5th 2021 and asked him how things were going at the capital. He told me he spent most the night breaking up fights and trying to keep it peaceful. He also told me that there were a lot of people there for the wrong reasons and looking to cause trouble. In no way do I believe Ray went to the capital to break the law or cause any wrongdoing. As long as I have known Ray he has been the advocate for doing the right thing even if no one is around to see it. I also spoke to Ray the next day on January 6th 2021 and asked what was happening. At the time we spoke, he had already returned to his hotel and hadn't even been aware of the chaos that was ensuing. He told me he was needed to help render first-aid, as people were having seizures and falling down getting hurt. He also told me he never set foot in the capital building. We had been texting throughout the events and

he had used the word "orchestrated", in one of his texts to me. In no way did I feel like he meant that he had actually orchestrated the attack on the capital. I know he meant he was trying to keep everyone with levelheaded and to protest peacefully. I know that Ray is someone who will follow the law in the future and did not intend to do anything wrong.

My Uncle Ray has expressed to me how sick it made him feel the way people were acting that day. He said it was a mistake to go down there because things got out of hand because people with bad intentions got involved. When Ray found out he was on the FBI Most Wanted List, he called and turned himself in immediately, which is exactly the kind of person I know him to be. I understand the charges against my uncle and how serious they are. I understand that he was amongst some that were violent. Ray had remorse since the afternoon of January 6th 2021 after he realized the way people got out of control. I know from talking to Ray before and after the events at the capital that he did not go to cause problems, he truly wanted to help.

Ray has told me how ashamed he feels to have been there that day. He told me he wishes he never went but truly thought he was doing the right thing. He has apologized to me for the example he set that day and is truly remorseful. Ray knows he made some mistakes that day and takes the situation very seriously.

Ray is very involved in his church and loves God more than anyone I know. He is always making sure the widows at church have dinner or have help with keeping chores done around their houses. He is always donating food to the church and his time. For years, he hosted a Halloween party for the church at his house so the families from the ward had a safe place to be for the night and to have fun.

My Uncle Ray and Aunt Robyn had to move for their safety.  Ray made the decision to protect my aunt. He tells me all the time that my Aunt Robyn is the most important thing in his life. Ray went to the capital and his actions are outside of the law, and he worries what angry people would do if he wasn't around. Ray knows his actions jeopardized their safety. Ray is a good man with a good heart. I ask that as you consider sentencing, you please show mercy and leniency. He has been through a lot with all of this and has been vilified by everyone from Tucker Carlson and Fox News all the way to President Trump. I don't believe jail time would be reasonable punishment in his case, as he has paid a much larger price. Please reach out if you have any questions or need any more information.

Respectfully,



September 28, 2023

The Hon. James E. Boasberg, Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing concerning Ray Epps, who is scheduled to appear before you for sentencing.

I am ████████████ Ray's mother-in-law. I live in ████████████ and have known Ray since he and my daughter Robyn were married in 1990. I am the mother of five adult children. I am also a retired employee of ████████████ ████████████ where I worked as the ████████████ ████████████ I am an active member of the Church of Jesus Christ of Latter-day Saints and have served in many leadership positions throughout the years. Ray is also an active member of the same Church and has served in many positions faithfully, especially with young men.

Ray was approximately 29 years old when I met him. I was very impressed with him when meeting and observing him as a person and a potential son-in-law. I soon learned that Ray was very gifted in many areas. He was a very hard and dedicated worker, construction certainly has been his expertise. Throughout the years I have watched him create and build their homes and most importantly an Event Center that was amazing, successful and created a very lucrative livelihood for them until after January 6th when they were forced to sell their beautiful property, home, Event Center and leave all that was important to them to survive the horrible harassment that they endured and continue to endure. They loved their life in ████████████ They are very sad to have had to leave so many wonderful friends and family. They are now in seclusion in the Rocky Mountains.

Ray comes from a very good family where he, his two brother's and one sister (who has passed away) were expected to work hard, be good honest citizens and to serve others whenever possible. Ray has spent his life in the service of other people, whether he knew them or not. If anyone had a need or appeared in distress, Ray was always there to help. Ray very proudly served in the Marine Corp. He quite often states "once a Marine , always a Marine." What do I think that means to him? He means that because he loves this country, he will do whatever he believes is right and necessary to defend it.

Since meeting Ray I have observed him as a husband. He adores his wife, my daughter Robyn, and is **very** protective of her. Ray has a very strong and opinionated personality but never abusive in any way, never. He loves his children and has an excellent relationship with them. He may not always agree with choices and decisions they make but is completely supportive and first to help them however he can. I have watched him drop whatever he might be doing and help a neighbor, friend or family member with anything they may want or need. In my opinion, we all could learn a lot from his example. Laws are made to defend and protect us and Ray expects that from himself and everyone else.

I vividly remember the phone call from Robyn and Ray immediately after they became aware that his name was on the FBI list related to January 6th. He was first shocked, then immediately called the FBI to do whatever was necessary to answer their questions and to be of help. Ray's main purpose in going to D C was to keep his son and all others safe as they exercised their rights to freely express their concerns about the election. When Ray saw the crowd turn violent he wanted no part of it and immediately left. Ray's only desire was to be helpful. He did not want to be associated with such behavior.

Your Honor, I love Ray and I know his heart. As you contemplate his sentencing, I ask for leniency that after all of the above information is taken into consideration, mercy can be shown. It breaks my heart to see how Ray and Robyn have been severely punished by the news media and other social media outlets.

Sincerely,



October 3, 2023

The Honorable James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing concerning Ray Epps, who is scheduled to appear before you for sentencing.

I have known Ray for twenty-six years following my marriage to his mother-in-law. I know little of his life before that time. However, I do know that he was raised in a Christian home where he was taught good morals and right from wrong. In later years he held numerous responsibilities in The Church of Jesus Christ of Latter-day Saints.One of Ray's assignments  was to teach the young men to respect and follow the laws of the land, have good morals, faith in Jesus Christ and love of family.

I am eighty-nine years old and have lived in Colorado most of my adult life. I graduated from the ▬▬▬▬▬▬▬▬▬with a degree in Business Administration. I spent most of my working career in Human Resources. The last seventeen years before retiring I was the ▬▬▬▬▬▬▬▬▬▬ for the ▬▬▬▬▬▬▬▬▬▬▬▬

We visited Ray and his wife, Robyn, many times and it didn't take long to realize that Ray had a severe hearing loss. When asked what caused his loss of hearing he stated  that while serving in the Marines in  an Infantry Unit he had lost a portion of his hearing. I, too, served in the military and suggested that he contact the Veteran's Administration for hearing aids. He did not want to do that because he felt other Veterans with more serious injuries were  more entitled than he for the care and resources available.

I spoke with Ray shortly after his return from January 6th in Washington D.C. He now knows that those Protests rarely turn out in a positive manner and is extremely sorry for ever going to that violent event. He  regrets the impact it has had on their lives and the lives of their families and friends.

Ray contacted the FBI immediately after learning his name was posted. The FBI investigated Ray as well as the Select Committee from The House of

Representives. Neither one of those organizations felt any further actions regarding him was necessary.

Yes your Honor, Ray stepped over the barrier as did thousands of other people. All were wrong for making that bad decision. He packed no gun, no knife or club, only a First Aid Kit. He did not and would not harm law enforcement nor do any kind of damage to Government Property.

Ray and his wife, Robyn have subsequently lost their home and business. They have relocated to a secluded place in another state fearing for their lives. Many individuals threatening them with harm as well as Media lies plus certain Political Politicians using Ray's name (in my opinion) for political gain which has injured them for the rest of their lives.

Your Honor, I respectfully request your leniency regarding the sentencing of Ray. He is a good man, has a good heart and is proud to be a citizen of this country. Also, I am proud to be his Father-in-Law.

Thank You.

Sincerely,



Sentencing Letter – Redacted

The Hon. James E Boasberg

Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I'm writing in reference to Ray Epps, who is scheduled to appear before you for sentencing. My name is ████████ Ray Epps is my brother-in-law. Ray has been a member of our family for over 33 years now.

Again, my name is ████████, I am 63 years young, I am the mother of five children and 10 beautiful grandchildren. I spent most of my career in ███████████████ as well as working as a ███████████████████████████████. I raised my children in church and taught them to be good hard workers and to respect the law, their parents, and their elders. I believe that my professional experiences as well as my life experiences have helped me to become a pretty good judge of character.

I first met Ray while my sister was dating him. Ray was a self-employed roofing contractor at that time. He was clean cut, respectful and had a good sense of humor however, I have always formed my own opinion not by how a person appears but by who that person demonstrates him/herself to be. I was working in ██████████████ at the time and needed some roofing replacement and repairs done, so I proceeded to get bids and Ray submitted one of the bids it was a very fair bid, so he was hired to do the work. Ray was very detail oriented and did a very good job. After I had the opportunity to work with Ray as a contractor, I was able to see a little more into who he was. Ray was professional in his attitude working with all in-house staff, honest with details and reports, economically fair, and very conscientious of the work he was performing. Ray was asked to stay at the property due to the fact that he was from another area, so that was part of his compensation. Ray kept a watchful eye out and reported back to me about possible trouble going on at that property, that's when I discovered that Ray's natural instinct was that of a protector. That was a good quality that I saw in Ray and that actually won my vote and approval (not that he needed it) for him to be worthy of my sister. Since that time, we have developed a close family brother/sister bond.

Ray has since revealed many more great attributes about himself throughout the years: Ray has always been a hard worker, involved in community, he is very selfless, Ray is very devoted to his church and has served in many capacities for his church. Ray is very involved in service to those in need. One example of this is as follows; Ray built a food cart years ago when his kids were still at home, and he made it a family tradition to go to those that were not afforded the comforts, luxury and love that most of us share with our loved ones throughout the holiday seasons. Ray, his wife and children and anyone wanting to help, would take that cart and food he bought, and they cooked and fed the homeless breakfast each Christmas morning prior to any of their own family Christmas celebration.  What a great example not only for his immediate family, but also to many others that joined in or just were fortunate enough to hear about this selfless act of kindness. Ray never boasts about any good he has done, he just does it.

Ray has always been there for anyone needing help. I was a single mom of five kids and there was a time that I needed help with one of my children. (Without going into too much personal detail) I reached out and My sister Robyn and Ray, they listened to the circumstances of the situation and without much further discussion, offered to take her into their home. They cared for my child as if she were their own. They took her to church; they fed and clothed her and asked for nothing in return.

They cared for my sweet child until she was able to return home. I will be eternally grateful to them. My children are my world and because of the trust I had that she would be protected and the environment in their home, I was able to release my child to honest, loving, and trusted family members. My family greatly benefited from their loving help.

I have never known Ray in any way to show any form of violence or exhibit any type of volatile behavior. Ray has, as long as I've known him respected the law and law enforcement. I know he served in the Marines, and he does takes pride in the fact that he was able to serve his country. I believe that's part of what has helped to form him into the respectful, good-hearted protector he is today.

So, in telling these stories about Ray and who he is as a person, I have to say that he is a wonderful, kindhearted, thoughtful man, neighbor, father, and husband to my sister. He is so good to Robyn; she has been through so much in her lifetime and Ray has always put her first in any given situation. He has stood by her through hardship, trauma, supported her in all times of need. Robyn has also experienced many health issues and Ray has been by her side to care for her and comfort her, to strengthen her. He is such a gentle man; he opens doors for not just his wife but women and children and the elderly or just someone in need. He has taught his children by example to be kind, thoughtful and respectful to everyone.  Ray is a good father and has taught his children to respect their mother(s), raised them to love their Heavenly Father and Jesus Christ. Ray has taught his family to obey the laws of this land. Ray teaches by example. Ray is respectful to all those he meets. In my years of knowing Ray and through personal experiences I've always known Ray as a law-abiding citizen and I have no doubt in my mind that he will always do his very best to honor the laws of this country, because that truly is the man, I know him to be.

Since 1/6/2021 Ray has been very willing to come forward and in fact, as soon as he was made aware of his profile being distributed to the public by the FBI, he reached out to the FBI. Ray came forward and told his side of all involvement on his part. He has said on many occasions that he wished that he had never gone, that he said some things that he regrets saying and if he had it to do again, he wouldn't go. From what he has relayed to me, he had no intention of going in the first place, however his son was going and between Ray and his wife Robyn, they decided that it would be a good idea for him to go to watch out for his son and make sure "things didn't get out of hand" Ray again was only in "protection mode". Once Ray saw what was happening, Ray became concerned for the police as well and he said that he was trying to calm and de-escalate the situation again helping to protect them in the way he knew how to help.  Once things became beyond Rays ability to help, he decided to leave. As Ray was leaving, he heard someone yell "MEDIC" so he rushed to help and assisted a certified EMT to carry a man to safety. At that point he headed back to the hotel he was staying in.

Since that time Ray and Robyn's lives have been completely turned upside down and they have suffered greatly. They have been torn apart by conspiracy theories and lies about Ray's role on January 6th, their lives have been threatened, their reputations have been ruined, close family members have turned their backs on them because of these conspiracy theorists and far right media. Ray had to send Robyn his wife to live with others to keep her safe, due to people coming to their home and yelling out profanities, threats and Robyn finding bullet casings throughout their property.  I know in talking with Robyn and Ray that fear has and is still a constant. They are always looking over their shoulders. They had a thriving business that they built from the ground up that they had to literally give away when they had to sell their property to leave and go into hiding for their safety. Prior to this, their property and business were a dream come true and their future retirement. My sister's heath has suffered greatly due to the trauma. I have watched them suffer in so many

aspects of their lives. I also know that people are continuing to conspire against Ray and Robyn because of the lies they have been fed.

Ray is a very good man who made some bad choices in some of the words he spoke and as Ray stated from the beginning that Ray broke the law when he entered a restricted area on the grounds of the capital. He does love this country and he cares deeply about this country and other people as I have stated so clearly above, and I know him well enough to honestly say that he wouldn't knowingly do anything to hurt this country or others. Ray and Robyn as well as our entire family on both sides have suffered so extensively thus far, due to being vilified falsely. I ask on behalf of Ray for Your Honor to consider all the suffering and loss that this family has already had to endure as well as the devastating lessons that Ray has admittingly had to learn for himself. Please allow Ray to remain with his wife, children and family who desperately need him currently and allow him to continue to love and support them. Ray has absolutely paid a heavy price and doesn't need jail time or any further punishment for any other reason.

If you are in need any further information or would like to contact me you may contact me by phone at: ████████ or ███████████████████████

Thank you for your kind consideration,
~~Sincerely~~

The Hon. James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Sept. 26, 2023

Dear Chief Judge Boasberg:

I am ▉▉▉▉▉▉ a long-time friend of Ray Epps, who is scheduled to appear before you for sentencing. I have known Ray for 12.5 years. During that time, we have developed a strong friendship and I became a ▉▉▉▉▉▉▉▉▉▉ for Ray and his wife once they established their wedding venue in ▉▉▉▉▉▉, AZ. He was the first to greet me as I entered our church for the first time and shortly after, I met his wife, Robyn. They have become like family to me.

I live in ▉▉▉▉▉▉▉▉ just ▉▉▉▉▉▉ from where Ray and Robyn Epps used to reside. I am a retired ▉▉▉▉▉▉▉▉▉▉ and specialized in ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ As such, I have had a strong curiosity both personally and professionally in both Jan. 6, 2021 in general and Ray Epps in particular.

I worked beside Ray and his wife not just in their business but in the many charitable groups they helped. I assisted Ray in his large greenhouse as he provided thousands of pounds of produce for an organization for single mothers and their children who were just starting out on their own. Ray and Robyn hosted parties at the farm for them and for several other youth and adult charity organizations. They held a Fall Festival on the farm for the community each year and hosted workshops presented by different non-profits for the public. All of this was at their own expense.

Ray has had an incredible impact upon the youth in our church as he supervised them at church camps and activities. In one instance, when a young autistic boy who I count as my grandson had a medical problem with his heart, the boy still wanted to attend a church camp that emphasized a long multi-day hike. He couldn't do much of the hike so Ray let him ride with him in the golf cart so the boy could still participate. During those long golf cart rides, Ray encouraged the boy and they developed a wonderful friendship that helped the boy build confidence throughout the rest of his life.

Last spring, when I had major water damage in my home and was faced with a very large expense, Ray and Robyn drove down to ▉▉▉▉▉▉ from ▉▉▉ and Ray did work on my roof and helped out where he could. I saved thousands of dollars because of his generosity.

As I worked closely with Ray and Robyn on a daily basis, I couldn't help but see how much they love each other. Ray adores his wife. You can see it in the way he talks to her and how quickly he responds to her needs. As Robyn dealt with the stress of the devastation that entered their lives through January 6, she struggled with anxiety and felt overwhelmed. Ray pulled me aside and asked if I could put in more hours because he was very concerned about her. He always puts Robyn first. She is his best friend and his eternal companion.

These examples reflect who Ray is and has been all of his life. He is the first one to volunteer when a friend, neighbor, church member or his community needs help. He has come to my aid in my home many times, installing or fixing anything I need. He is simply a good man.

Within days of Ray's return from Washington DC in January 2021, he and I spoke. I needed to understand what he was thinking and I had many questions about his actions. I watched the initial videos online, most of which he hadn't. He told me he was appalled by what happened as the crowd became angry. I know this kind man so well that I also have learned how he thinks and responds to many things. He explained that Trump supporters were challenging BLM protesters Jan. 5, and he tried to calm them down, emphasizing that the next day needed to be peaceful. He regretted the words that accompanied it but told me he thought the Capitol would be open to the public.

I asked him about January 6 and what he was trying to accomplish. He said he wanted to stop people from fighting with the police. Several times, when we have had protests in our area, Ray went to stand with the police calmly and peacefully, away from protesters but ready to assist if the police needed help. He was appreciated by officers there. He told me the day we talked that he saw his purpose at the Capitol was to do what he could to keep the protest peaceful.

Ray told me that as he was helping a man who had collapsed and he guided him away from the crowd, he looked back to see people scaling the walls. He was appalled with how things got out of control and of the actions of those charging up the steps to gain entrance into the Capitol forcibly. He walked away from the Capitol after he assisted the man.

I have researched heavily as I wondered what Ray was thinking. The information I have found matches his narration of the events. No one can really see into another's mind, but through Ray's words and the research I have done, I am convinced he was telling me the truth of what he was trying to accomplish that day.

I understand that Ray has plead guilty to Disorderly or Disruptive Conduct in a Restricted Building or Grounds. I also know the heart of this man and we have spoken of his intentions on Jan. 5 and 6, 2021. Many times, he expressed he regretted his words on January 5. He has acknowledged he trespassed, breaking the law, but he has expressed that it was for a good reason. He wanted to keep people calm. He saw a police woman injured at the first barrier and didn't want that to happen again. I hope in his sentencing, you will take into consideration his actions to assist police officers and his intentions.

I can't think of a man more ethical and kind than Ray. I am honored to call him my "little brother" even though we aren't related. He is respected in his community and looked upon with admiration by our youth in and outside our church. He would respond to the needs of others even if it included immense self-sacrifice. I have seen it again and again for family, friends, youth and his community.

I am blessed to count Ray Epps as a close friend.

Sincerely,



The Hon. James E. Boasberg
Chief Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing this letter regarding Ray Epps, who is scheduled to appear before you for sentencing. I am a personal friend of Ray for the past 30+ years. He married my closest childhood friend Robyn, whom I have known since we were 13 years old.

I grew up in ████████████. I went to ████████████ and ████████████████████ and received a bachelor's degree in business. For over 20 years, my career was in publishing. As a ████ of a high-tech trade publication, I traveled for business all over the United States. The integrity of the magazine and accuracy of the articles written were verifiable by at least two sources before being published. One's reputation is key in business and personally.

I am active in a nondenominational church where I used to sing in a large gospel choir and was privileged to sing on a mission trip to ████████████. I continue to be involved in various inductive Bible study programs to learn and understand its purpose for my life, involved in weekly Christian life groups and continue to offer my service to serve the less fortunate.

During the past 30 years of knowing Ray Epps, I have stayed at their home, worked as an independent contractor in their wedding business, been there for them during tragic sad times in their lives and more. Ray always demonstrates living a life of truth, no matter what the consequence may be. He has always been the glue for supporting his family. During tough times he always keeps his "real" feelings to himself and handles all circumstances with solid reasoning, love, and kindness. He cares so much for others and how things may affect them, but especially how they could affect his wife, Robyn. His integrity of being a Marine, dad, uncle, grandfather, husband, and friend are to be commended. He is a non-violent man to the core and always seeks a peaceful resolution. It truly is my privilege to say he is my long-time friend.

I remember a time when two young, 19- and 20-year-old, neighborhood drug users drove by his home and found joy in shooting and killing their little dog. When Ray found out who did this heinous act, he contacted the authorities. These two young men got a slap on the wrist, but this only fueled their intentions going forward. Later their Pit Bull dog attacked and killed many of Ray's farm animals, threatened Ray's life, physically attacked him on his property and the list goes on. Ray attended all 20+ court hearings, of his own free will, to understand the circumstances that pertained to the ongoing situation. At the final arraignment, Ray asked to address the court. He asked the judge to not sentence these two young men to jail. His purpose in being present at all hearings was to help these young men understand the severity of what they did in hopes that they would not repeat this type of behavior ever again. The young men were not sentenced to jail, but were ordered to pay restitution for the livestock and medical expenses for bodily harm done to Ray. At a later time, Ray ran across the judge who oversaw the case, and he informed Ray that both young men had turned their lives around and were college bound. This is a true sign of what a peacemaker Ray is and how he handled this ongoing volatile situation. I admired him for his inner strength in handling this situation with peace and strength.

As reflected above, Ray has a high regard and respect for law enforcement. He even hired security to keep he and Robyn, their property, and wedding venue guests safe. He is always concerned for the welfare of others. He would also never sit in a restaurant with his back to the door. Always keeping a watchful eye to guard the "flock".

His love and respect for Robyn is apparent on so many levels. An example of this was when Robyn had a minor surgical procedure, I said I wanted to go and would ride with Ray in his car. Ray expressed to me that he was not comfortable riding with me in his car alone…he would not want anyone to get the wrong impression being with another woman, other than his wife. So, we drove separately. He is truly a real man of character. The only other time I have ever heard this was from a Pastor named ████████.

Countless times when I am with Ray and Robyn, he always compliments her and says how fortunate he is to have her as his wife. After his trip to DC the harassment and threats started, he had Robyn come stay with me until things calmed down. That day never happened and now it is a constant daily concern.

Her overall welfare and safety are Ray's utmost concern.

I was at their home when they were discussing Ray's son asking him to accompany him to DC. Ray did not want to go because he had a business to run and didn't want to leave Robyn alone to tend with everything. Robyn told him to go and be there for his son and keep him safe, in addition they would be able to do some sightseeing with him. This decision has clearly backfired. Granted, he stood out in the crowd being so tall and wearing a red hat. Yes, he said some things that he would retract in a nano second. However, this man is not a criminal! He is the type of man you would want to have in a FOX hole with you whenever things got tough. His tempered demeanor is always controlled with a peaceful resolution. I am appalled with the fake media hype and corrupt political stance our government has made with Ray's involvement by being in DC.

After Ray's return from DC, he was shocked that his photo was on the FBI seeking info page. He mentioned to me how he told people to be peaceful and to not break down barriers. He said he felt bad about some things he said and certainly never wanted anyone to go inside the capitol unlawfully. There was no mention in the media of Ray helping a man who needed medical attention before the capital was breached. Ray explained to me how he and a medic cared for this man and escorted him down to the Capital lawns by the street. He further shared that once the injured man was going to be ok Ray then looked towards the Capital and saw people climbing up the walls. Ray said he was so disgusted and disappointed with what he witnessed, he turned and left. I was there when he got home and listened as he described the events of what took place. He was so upset and regretted that he had even gone to DC.

The nightmare of threats, harassment, conspiracy theories and just plain lies, have taken an extreme toll on he and Robyn. I have seen the pain and anguish on Ray's face as he is wrongly accused of something he hasn't done. One doesn't have to agree or like him, but to lie about someone's character is plain wrong.

Ray's faith to his church is apparent every time I am around him. When I am at their home for meals, he always prays before we eat. He is thankful for the many blessings he has had in his life. He is always helping someone or some organization in need. His actions to serve are evident in the way he lives his life and how he treats others.

Chief Judge, as you review the facts in this case on Ray Epps, I plead with you to search the truth of who this person really is on a daily basis. He has never broken the law and has a clean record to back it. His impact on helping others and the respect of his serving our country as a Marine. Ray and Robyn have already paid greatly for his presence in DC. Their lives have been severely under attack and threatened constantly. They have lost everything they have worked for their entire lives. Their lovely home and thriving business are gone...and now they live in a 5th wheel in a rural area in another state. They have spent whatever money they have left defending their position. The past almost 3 years have been literally "hell" for them. I ask humbly before you to please show leniency and mercy for his actions.

I thank you in advance for your consideration to give Ray leniency and mercy in this case.

The Hon. James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001


Dear Chief Judge Boasberg:

I am writing you about my good friend Ray Epps who will be appearing before you for sentencing. My relationship with him started about fifteen years ago when he moved close to us and went to the same church. I have worked with him doing projects around his house and barn as well as serving with him in the young men's program at church and assisting young women's, as camp cooks for many years.

My name is ██████████ I am 70 years old and have lived in AZ my whole life. I have been an ████████ ██████ for the last 35 years. In my younger years I served with the ██████████████████████ which I enjoyed very much. I am a member of The Church of Jesus Christ of Latter Day Saints and I have worked with the youth in our church a good portion of my life. I have been a Cub Scout leader, Scout Master and youth leader of older boys and enjoyed helping young men get their Eagle Scout award. I am currently serving a full time mission for our church with my wife of 45+ years in ██████████

I met Ray the first Sunday that he and came to our church and we knew that we would be friends. He was a hometown boy like me and said things like he saw them, which made me laugh. He jumped right in to service in the church and it wasn't long before he was put in as a counselor in the Bishopric where he served for several years and did a great job. He has always been ready to help in any way he can. Here's just one example of going above and beyond. The young men wanted to go on a Zion's camp where they would walk in the wilderness for four days, setting up and taking down their camp each night then finally making it to Snowflake AZ where they would have the opportunity of going to the temple. To make this happen, he asked me to go with him to blaze a trail that they could walk and good places to set up camp at night. He also worked out what they could bring to eat and how to heat it. After spending most of the day, we drove into Snowflake and worked out a deal with a motel to rent a room where the boys could take showers and get cleaned up to go to the temple. When we got home that night, we felt very good about the plans and what we had accomplished. When they did the trip it worked out exactly how they hoped and was a great experience for those boys.

I could write a lot of stories about the good Ray has done for others throughout the time I have known him. He is a good man, always giving his time and talents to help others. He is a solid citizen of the United States of America having served in the Marine Corp. To this day he won't talk about many of the missions he was asked to do for our country. This is the charity side of him. At another time he was in downtown Queen Creek when he saw a police officer that was in trouble trying to calm down an angry crowd, so he came to the aid of the officer and helped get the crowd under control and dispersed. That is the type of man Ray is.

Ray wasn't afraid to try new projects to provide for his wife, others or himself. He built a very large greenhouse where he grew all kinds of vegetables, like tomatoes, beans, squash etc. It produced so much that

several times he ask me to help him load his truck, so that he could take the veggies to a women and children shelter so they could have healthy produce to add to their meals. They were always so grateful for that. He also shared his goods with many neighbors. I worked with him on many projects around his little farm. I wired up a large refrigerator and freezer to keep meat that he was raising until he could take it to a farmer market to sell. I also wired a large growing station that he hoped would produce enough sprouts to feed his animals and more to sell. The largest project I worked with him on was a huge barn that he hoped in time could be a money making venue for his wife and him, and job opportunities for others. He put in countless hours on this project and it was beautiful! He offered his barn for many gatherings, meetings and parties. In time it did make them money when it was turned into a wedding venue. Brides came from all over to rent this place and it booked out for a couple years ahead. Then the trouble started. He got so much hate mail. His online advertisement for the Knotty Barn had all kinds of negative things about him and about his family and what he had done at the insurrection. When animals started dying and real threats were made against his family and him, and he found empty shell casings on his property, he decided he needed to leave for the safety of his wife. They sold the house and moved to a remote area in the Rocky Mountains, but really didn't get anything for the business. What he did get for the house has been used to fight his case.

I know that Ray really hadn't planned to go to Washington DC until he found out his son was going to support the Trump cause. He then felt like he needed to go to protect him, in case anything went bad. His love for family is why he went. Then, at the night rally, things were not going well and getting out of hand. Because Ray is such a large man with a big voice and in camo clothing and gear the media focused on him. He did say some things that were meant in a totally different way. He told me that when he said they needed to go inside the Capitol, he meant peacefully when Congress was there so they could address the issues. When the barricades went down, he said he wanted to keep others from crossing the line but they pushed everyone forward and went on through. When he got home he told me it was a mistake going there, that he wished he never had, and he felt bad about crossing the line to try and help. Then he found out the FBI was looking for him, so he immediately called them and did everything that was asked of him, letting them know he was available if they needed any more information.

Being a friend that he would talk to, I know that Ray has learned a great lesson from this. He told me several times. I wish I could stand before you and tell you how great and dedicated this man is. My love for him is so tremendous that words in writing can't do it justice. I'm sorry that my writing isn't very eloquent, but my heart is in it. It has been hard to see him break down in sorrow for his actions and to see what those actions have put his wife through the last several years. He loves her more than anything and is concerned for what might happen to her if he goes to prison for very long. He has already lost his lifelong dream of a farm and flourishing business, but he can deal with that. Hurting her anymore is what is killing him. He has already paid a great price and learned a very valuable lesson. I just ask that you might be lenient in your judgment.

Thank you for all you do for our country and for taking the time to read this letter. If you need me to answer any more questions you can call me at ▮▮▮▮▮▮ or email me at ▮▮▮▮▮▮▮

Sincerely,



The Hon. James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Chief Judge Boasberg,

I am writing this letter concerning Ray Epps who is scheduled to appear before you for sentencing. Ray and I have been friends, neighbors and church colleagues for about 15 years now.

My name is ▓▓▓▓▓▓▓ I live in ▓▓▓▓▓ on the border of ▓▓▓▓▓▓▓▓▓▓. I am a wife, mother of four, and grandmother of twelve. I am a retired seamstress and cake decorator and am currently serving a full time mission with my husband in California for the Church of Jesus Christ of Latter Day Saints. I have spent most of my life in service to others by volunteering in the schools, community and church.

I met Ray and Robyn Epps about 15 years ago when they moved into a neighborhood across from ours and attended the same church as we did. We became fast friends, as he was in construction and so was my husband and his wife Robyn liked a lot of the same things I did. It wasn't long before we were serving together in different callings in the church, mostly working with the youth. Ray loved the youth and influenced many by the way he taught and his open honesty and kindness towards them. In fact I had a nephew that came to live with us that was having a troubled life and Ray took him under his wing and through his care and love, taught him to work, and helped him to start making better choices. He did this kind of thing for many young people. He and my husband also worked together at many youth camps over the years and with his knowledge of the outdoors was a great example to them. Not only that, these youth knew that if they ever needed help, he more often than not would drop whatever he was doing to go help them. He did that with adults also. One day I was at their house when he got a call from someone in the church that had broken down a couple hours away and in no time he had all the stuff in his truck to go out and rescue them. Those kinds of things were not uncommon for Ray. He also held many activities at his home for the church and community, from youth conferences, dances, weddings, Halloween and Christmas Parties etc. Until they started their wedding business, everything they held there was free of charge.

I describe Ray as a tough cowboy, rough around the edges but a big teddy bear inside. He's not always kosher in the way he says things because he just says what comes to mind without thinking and sometimes that get him into trouble, but if he ever thinks he has hurt your feelings he isn't afraid to apologize. He really cares about people. He is also a true patriot and loves his country and does his best to encourage everyone to get out and vote to let their voices be heard. Ray is a good man and a law abiding citizen. He believes in freedom, in keeping the peace, and in keeping people safe even if it may cost him. I always said that if I was ever in trouble I would want Ray on my side. Through the years he has become like a brother to me.

From the time Ray got home from being at the Capitol he wished he hadn't gone. He only went because His son was going and he wanted to keep his son safe, in case anything broke out. Being a former Marine he was prepared, but he never thought it would get so ugly. He told me he felt bad and was embarrassed by the way things went. Then when he knew the FBI was looking for him he called them right away. After seeing the first video he realized how bad it sounded even though that's not what he meant. Yes, he felt they needed to go into the capitol to be heard, but not illegally! He said he did his best to try and get the people to stay behind the barrier and not disrespect the police but they were getting so riled up and wouldn't listen. Over and over again he would say "if only I had kept my mouth shut and stayed back, but I wanted to keep people safe and at times got caught up in the moment and voiced my opinion." He knows

what he did was wrong and he is especially remorseful for what his actions were putting his wife through. As the months followed and the harassing and death threats continued he was really getting worried for Robyn. He loves her so much and hated what this was doing to her. Over and over he just kept saying he should never have gone and wished he could help people understand that all he wanted to do is help keep the peace. Not only did they get threats by phone call, but they also got text messages, Facebook and Instagram messages that were horrible, so much so, that he didn't even want his wife sleeping at the home they lived in, she had to go stay with a friend. The stress they went through as a couple, dealing with accusers that didn't even know him or the situation, was at times was unbearable. They shut down and didn't go out much past their home for months. It was hard to watch them become recluse when they had been such a big part of the community and church. Then, as time went on and the threats continued, for his wife's safety they were forced to sell their home, practically giving away their wedding business and move to the mountains to try and have some peace and sanity, which was really sad for a lot of us that knew him and had been close to them. Our neighborhood has not been the same.

In closing I just want to say that I know Ray did things he should not have, things that were against the law. He knows that too and was correctly convicted. He was such a big Trump supporter and was led to believe that the election had been stolen and wanted to advocate for that. I also know that because of this he has paid a big price in so many ways. It makes me sad that he was thrown under the bus by Fox, Trump and so many other news media for doing what he thought he should to support them. Ray is getting up there in years and would like to enjoy his senior years with his wife, children and grandchildren. I pray that you will have mercy on him so that he can finally be able to do that.

Sincerely,



If you have any questions please contact me at;



Chief Judge James Boasberg Chief Judge James Boasberg
United States District Court for the District of Columbia
Case 1:23-cr-00321
James Ray Epps, Sr

October 7, 2023P

Your Honor,

My name is ▆▆▆▆▆▆▆▆

I have known Ray Epps for 10+ years.  We lived a few houses from each other for many of those years.  We attended church together.  We socialized together. We are good friends.

I talked with Ray and Robyn the day after they found out that he was on the FBI most wanted list. Ray couldn't make sense out of it, why? What? He was dumbfounded. But most of all Ray was worried about and for Robyn.  Robyn has had several health issues over the past years and Ray is very protective of her. He is a dedicated protective and loving husband and Robyn relies heavily on him. When they started getting death threats Ray sent Robyn to a safe place because he was so concerned for her safety.

When Ray first returned from DC after January 6ᵗʰ he told me that he wished he had never gone.  He talked about how crazy everyone, and everything got.  Ray shared that he had pulled a man who was having a seizure out of the crowd where he would have been trampled and stayed with him until he got help.  He told me that he stood in front of the police, facing the mob trying to protect the police by yelling at people to get back.

I have worked alongside Ray as a volunteer in youth related programs through our church.  He loves youth and they look up to him. I have worked with Ray in myriad volunteer settings. Ray is the kind of human being that really cares about people and animals.  He loves the United States of America!

I have worked with him on the Epps property in Arizona as they built their Wedding venue.  I watched him build the "Barn" by himself, brick by brick.  My husband had cancer and during chemo and radiation treatments, Ray helped me with him.  One of my husband's favorite things to do was to watch Ray working on the barn. Ray would make a comfortable seat for my husband and visit with him as he watched Ray work.  After my husband passed, Ray said that he'd like my husband's Celebration of Life to be held in the barn.  Ray stood for hours grilling hamburgers for everyone attending. He set up, cooked, cleaned up, and wouldn't let me pay him a dime.

After my husband passed, Ray helped me on my 5 acre lot with irrigation, weed control, home repairs and farm animals. Ray is the kind of friend that will help you with whatever you need and he does it happily.

Ray would often hire a young man who was struggling with life to help him around the farm. He believed that if that youth learned how to work hard, could earn a living and discover that someone loved, cared about him and valued him, that he'd have a better chance at life.

One of Ray's sow's died a day or two after birthing 13 baby pigs.  Robyn was out of town at the time and Ray wasn't able to do the every two hour feedings that those 13 babies required.  A couple of the other neighbors and I took shifts and bottle fed the babies until they were able to drink from a trough.  Getting up 2 or 3 times a night for several nights to bottle feed baby pigs is something we would have only done for Ray because Ray had always done so much for his neighbors and friends.

Ray is a big man with a loud voice. He is often misunderstood which is really sad because Ray Epps is one of the kindest most generous people I have ever known.  The saying that his bark is worse than his bite describes Ray.  He is loud and often looks stern. I think maybe he learned that as a Marine, but he has a heart the size of Texas.

In talking to Ray over the past 2 years I can tell you that Ray knows that going to the Capitol on January 6th was a big mistake and that his actions outside of the Capitol that day were against the law.  He knows that he deserves his conviction.

Ray and Robyn built their wedding venue as their retirement.  They put everything they had into it.  Because of being falsely vilified by President Trump, Fox News and other social media sources they have been forced into hiding.  They're broke, scared, and they will never get their lives back.  They will likely spend the rest of their lives looking over their shoulders.  They are punished daily by media and society. Please don't put Ray in jail.  He has and is already paying a high price for his poor choice.  Honestly Your Honor, I can't bear to think of the impact that would have on Robyn.

Your Honor, I just want you to  know that I would trust Ray Epps with my life.  There is no truer a human being and friend.  I know he is sorry beyond his ability to express that he went to DC and was outside the Capitol that day.  Please have mercy on Ray. He's a good man.  His intent was then and still remains pure.

Thank you for your time and consideration. And please feel free to contact me if you'd like.



The Honorable James E. Boasberg
Chief Judge
United States District Court for DC
233Constitution Ave N.W.
Washington D.C. 20001

Dear Chief Judge Boasberg,


I write this letter out of love of my country, respect for our constitution and concern for my friend Ray Epps and his upcoming sentencing. I have known Ray very well for over fifteen years, as he is a neighbor, a friend and a fellow parishioner. We have worked side by side helping other neighbors in need, have enjoyed many meals and conversations together and have formed a strong bond over these many years.

My name is ███████ I live in ████████ and have been in the same home for twenty-three years. My wife and I have raised five upstanding children (an attorney, a stay at home mother, a dental hygienist, an office worker and one 35-year-old son with autism, who still lives with us) and they have given us eleven beautiful grandchildren. I have worked hard my entire life to support them working primarily in the ████████ business, but have worked as a ████████, ████████ and currently am a ███ at a ████████. My wife has had the blessing to stay home and do the heavy lifting of raising the children. Together, we have led religious congregations of thousands and have always been committed to caring for our community, sacrificing much to ensure that the primary needs of others are met, physically and emotionally.

As I stated earlier, I have known Ray for over fifteen years, as a neighbor and friend. I have seen him on the roof of widowed women, fixing a leak free of charge. I've watched him carry heavy beams and set them in place at a home where the husband would soon die of cancer. I observed over a two-year period as he built from scratch the Wedding Chapel on his property, so that he and Robyn could start a new business together. I've known him to be as committed a friend as you could ever find, not only to his neighbors, but also to strangers in need. I've been with him when he stopped to give a homeless man a bag of food and took the time to get out of his truck and speak with and encourage him. Lastly, I personally appreciated his help in building the add-on to my back property and when he was done (after three months of daily work), he would not accept ANY compensation. He said, "████, you guys have done so much for me and our community, I feel it an honor to be able to give something back to you." Needless to say, we were overwhelmed with his kindness.

As a close friend, I have been keenly aware of the troubles resulting from the January 6ᵗʰ event at the Capitol. We have spoken of it many times. I believe that he went there initially to support his son, who had never been to a rally of any kind. Ray has expressed to me more than once that he regrets having gone and wishes he could go back and change some things. While I do not believe, nor will I ever believe that Ray had any malintent, or did anything seriously wrong, I do believe (according to his own admission) that he made some mistakes, standing among the wrong people at times and uttering some foolish words. More than this, I have been impressed with his willingness to accept responsibility and hear him apologize many times. Of course, he feels regret and I believe has learned a few things in the

process  Having said these things, I respect him even more, as I have witnessed firsthand his willingness to address his actions head on and then to feel real contrition. He is sorry and ashamed, primarily that his wife and some friends suffer because of his actions and wishes he could change those things.

Did Ray commit actions that were outside of the law? For me to answer that I KNOW he committed these actions would be somewhat disingenuous and dishonest, as I was not there, but have only seen and heard what the media and politicians have presented to me. I do know, as stated before, that he was in the wrong place at the wrong time and said some foolish things. This I KNOW because Ray, a man of integrity, a man I trust told me so face to face. However, I do believe that his conviction is just and that he has been correctly found guilty of the misdemeanor for which he is to be sentenced.

I believe that were you able to have rubbed shoulders with Ray as I have over these many years, you would be as lenient with him as the law will allow. However, you do not know him and so I ask on behalf of myself, his wife, my family, our friends and a community that really does know the man Ray Epps that you exercise discretion and afford him any leniency that the law and your good judgement will allow. This to me would be justice, not just for him, but for all!

Lastly Judge Boasberg, I thank you for your service to our country. This may seem out of character, but I want you to know that I pray regularly to our Father in Heaven that He might bless and guide the leaders of our great nation. You are a part of those prayers and I will continue to offer my prayers, that you and your fellow judges might continue to be guided not only by the law which you are sworn to uphold, but even a higher power..., that of the Almighty God. Thank you for hearing my few humble words.

Respectfully,



Chief Judge James Boasberg                                      October 7,2023
United States District Court
For the District of Columbia
Case 1:23-cr-00321
James Ray Epps, Sr.

Your Honor,

My name is ████████and am a semi-retired████ living in ████████████ not far
from where Ray Epps lived.  Having seen our children grown we moved to this location in 2019
and met Ray and Robyn Epps shortly thereafter.

I believe that my first memorable encounter with Ray was at a church/neighborhood Fall festival
they hosted at their farm.  I had the opportunity to see some of what he had accomplished
there with his own hands and I remember being very impressed.  Some months thereafter Ray
and I served together in a ministerial capacity where we visited those with various sorts of
needs.  It was during these service-oriented visits to others that my opinion of him deepened.  I
came to appreciate his straight-forward unpolished, yet sincere manner.  As we served together
his acts and words of kindness and support for others were genuine.  Some of those activities
were somewhat curtailed with the onset of the Covid-19 outbreak.

While Ray and I have had only superficial contact through his wife Robyn since his move from
Arizona I have deep feelings for the man I know he truly is.

I am aware of the charges against Ray Epps and, while we haven't spoken since his move, I have
read the words of his wife sent in text form.  Through those words I feel a measure of the
immensity of Ray's pain, isolation, and remorse.

As you consider his case and the events of January 6th, 2021 it is my hope that he will be seen in
his entirety, of who I feel he really is.  I humbly ask for leniency on Ray Epps's behalf.

Sincerely,



The Hon. James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Chief Judge Boasberg:

We are writing this letter in behalf of Ray Epps, scheduled to appear before you for sentencing.
We have known Ray and his wife for about 13 years. They have been our dear friends. We have
attended church with them for all of this time. Ray and ████ have served in church service and
leadership positions together. Ray and ████ have also worked together in the building industry
to provide for their families.

A little bit about us: ████ and ████████ have been married for forty years, lived
in ███ and ████████ for the majority of our lives.  We have four grown children
who have married and we now have twelve beautiful grandchildren. We own and run a
████████████████████████████████████████████████████████████████
████████████████████████████ has been a ████████████████ since
1986.

As we have come to know Ray and Robyn over the years, we have learned that he has been in
the roofing industry for most of his life.  He began working for others until he started his own
roofing business and ran that for many years.  When he could no longer physically roof, he did
some remodeling and built or remodeled his own homes.  He was interested in agriculture and
learned how to raised organic produce, as well as livestock, which he then sold at Farmers
Markets.  He eventually built a large barn for his family to use.  Over time others used it for
family gatherings, weddings, etc which turned into a very successful business for Ray and
Robyn.

Ray was raised to have a good, honest, consistent work ethic and has lived that his whole life.
Ray loves his wife Robyn and is concerned for her welfare and safety. He and Robyn have raised
a large family and taught them good Christian values. For years he and his family would spend
Christmas morning at a park cooking and serving food to the homeless and doing what they
could to help them. They wanted to teach their children to serve and bless others, instead of
thinking only of themselves.

Ray's father was a ██████ in the ████████████████. This instilled in Ray an automatic
response to help and protect those in need. Ray himself, served in the Marine Corps. Ray loves
his country! He believes in the constitution, in protecting it and in standing for freedom. We have
known Ray to be a law abiding citizen. We know Ray to be a man of his word.

███ served with Ray in a bishopric of The Church of Jesus Christ of Latter-day Saints for about three years. After the economy collapsed in 2008, they were responsible for over 100 families, in helping them through the following difficult years. We came to learn that Ray has a strong personality. He shares his thoughts and ideas without reserve, but at the same time he has a very tender heart. He stands up for what he believes is right. When he understands truth he is humble enough to change and stand alone if he has to. Ray is a down to earth, sensible person. He is the kind of person that people look to for guidance and leadership. He believes in God, Family and Country!

When ███ saw on the news, videos of Ray at the Capitol, he went to talk with Ray, because he could not believe the way Ray was being portrayed. We know Ray is not that kind of a person. Ray shared with ███ that the videos had been edited and did not show the truth of what had really happened. He told ███ when he saw people climbing over the walls of the Capitol he realized this had turned into something other than a peaceful rally. He recognized this was not right. That is when he decided to leave. We have read the J6 Committee Interview with Ray. This sounds more like the Ray Epps we know, not the Ray Epps that Fox news, social media, and even President Trump as well as other elected officials have portrayed him to be. We have been told by Ray and Robyn, on multiple occasions, that as soon as Ray found out he was on the FBI wanted list; he immediately contacted them and said he would cooperate with the investigation.

We watched as Ray and Robyn lives were destroyed by the misrepresentation of the media. They made the hard decision to leave their home and business and move because they were concerned for their safety; most importantly Ray was concerned for Robyn's safety.

As we look back on the fact that Ray went to the Capitol and was involved in what happened, we understand that he broke the law that day. We know Ray to be a good person who loves this country and its people. We know Ray made some bad choices that day and the results have been devastating for him, his wife and his family. We ask for mercy on his behalf and ask that what he and Robyn have suffered and will continue to suffer be sufficient punishment. We ask that you allow him to be with Robyn and his family.

Sincerely,







October 8, 2023

The Honorable James E. Boasberg
Chief Judge
United States District Court for District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing concerning Ray Epps, who is scheduled to appear before you for sentencing. I have known Ray and have been friends with he and Robyn since 2006.

I and my husband, ▇▇▇, have been married for almost 23 years. We have 8 children and 11 grandchildren. We have lived in ▇▇▇▇▇▇▇▇▇▇▇▇ but ▇▇▇▇▇▇▇ is where we will always think of as home, as that is where the fun and memorable middle school and teen-age years occurred with our kids. Our homes have typically been on acreage as we felt the best adults we could grow would be those who had to work hard as youths. Acreage provided early mornings, animals to care for, fences to build and plenty of weeds to pull. ▇▇▇ has been the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇, which is located in ▇▇▇▇▇▇ where he ▇▇▇▇▇▇ I was and always chose to be a stay-at-home mom so I could be at the cross roads with our kids. I and ▇▇▇ also currently serve in our church and community.

We were next door neighbors with Ray on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for almost seven years. We also attended the same church, The Church of Jesus Christ of Latter-day Saints, and we all served in different capacities in the church. Ray is one of the kindest men we know. Our relationship as neighbors showed us that he was willing to help us anytime help was needed. He would help out not only us but any neighbor. From trying to help round up a cow that got out of someone's property to helping someone mend a fence, Ray would be there helping. We also learned quickly and admired that he was a man of integrity. He spoke the truth, he would always do the right thing and he would put other's needs before his own. Especially Robyn's.

Ray was a first counselor to the bishop of our congregation at one time. This position Ray was in, as all other callings in the church are not paid positions. Ray gave freely of his personal time in fulfilling this calling and position. Leaders in our congregation would need to meet regularly to discuss calendar items and what members needed special help at the time. Sometimes these meetings could get long. I was present at these meetings as a leader of the young women in our congregation. I remember that Ray would let the bishop know when it was time to move on to another item. Ray was respectful of everyone's time and did what he could to move the meeting along. I was always grateful for that.

Religion and freedom of religion are important to Ray. In everything he did and the ways he served others was a testimony to me of his love for God and Jesus Christ. Ray gave of his time daily to help the bishop and others in our congregation. Sometimes that help came in the form of working on someone's home or yard, free of charge, listening to someone who needed a friend to unload on or how to take care of a piglet whose mom had died. I can't think of a time where Ray ever said no when it came to helping someone in need.

I remember when Ray built his pig pen so he could house pigs on his property. He was concerned about the smell this would produce and didn't want it to affect any neighbors. He walked his property and took great detail in deciding which area would be best at not causing offensive odor to anyone. He

installed water lines so he could clean out the pens and muck regularly to help with the smell. It worked because the pig pen was placed fairly near our property and we never experienced a foul odor. We saw time and time again by Ray's actions that he truly cares about others. He is a man of service most assuredly.

Ray has always loved our country and believes in upholding and sustaining the law. I remember scout meetings that occurred in the boy scout groups in our area. Ray always stood tall and straight as he saluted the flag from the moment the color guard carried it in and posted it and again when they retired it after the meetings. I also remember a conversation we had one day when Ray said our country was the most wonderful country on the earth and that the constitution was what made our country great. He always had respect for our leaders, our military and the police.

Ray was great with the youth, too. One day we had 4 of our sons and a couple of nephews at his property helping castrate some of his young bulls. He was instructing them on what to do, when to do it and how to do it. He never got angry or impatient with any of them. A couple of our sons got light-headed and nearly passed out, but Ray didn't make fun of them. In the end it was a great experience for all and our sons still talk about it to this day and how cool Ray was.

Ray Epps is a very good man, who loves his wife, children, community, country and God. I don't believe he would knowingly do anything ever to hurt the country he loves or anyone else. His heart is too good and kind. His actions may have been wrong, and knowing Ray, I'm sure he feels terribly about it now. I'm also certain he wishes he could change what, and how things happened – he's always taken responsibility for his actions and tries to make it right. I ask that you please show leniency to him so he can continue to be a husband to his wife, a father and grandfather to his children, a good neighbor in his community and a good citizen to this country. Ray and Robyn have paid a dear price already as they had to leave the home they love to go somewhere else and hide to remain safe. By going to the Capitol to do what he thought at the time was right, his entire life was upended. He's been vilified falsely by Pres. Trump, Fox News and social medias. He does not need jail time for further punishment or for any other reason. Even good men make mistakes. Some intentional, some not, as was Ray's. He is a man who will uphold the law and our constitution. A man who should be in our community doing good and serving others, not behind bars.

I appreciate your time in reading this letter. I realize you do not know me, but I give you my word......Ray Epps is indeed a very good man who wants to do the right thing for God, his country and his sweet wife and family.

My contact information is below if you would like to have any follow up with me regarding Ray.

Thank you,

Signed,



The Hon. James E. Boasberg
Chief Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Chief Judge Boasberg:

I am writing and submitting this letter for consideration concerning Ray Epps who is scheduled to appear before you for sentencing. Ray and I are each other's oldest Marine Brothers, we have known each other for 44 years.

My name is ███████████ I'm a retired ██████████████████████████ I live in ██████████ with my wife of 16 years. We have 3 children and 9 grandchildren between us. I served in uniform for over 30 years in the Marine Corps. After retiring in 2008, I worked for ██████ on ████████████ again in the service of the Marine Corps. I was given a top secret-SCI clearance in 1985 and continued to carry a security clearance of secret to top secret-SCI until I lef█████████ in█████████████

Ray and I first met at the Marine Corps base ███████████ in 1979, I was a few months ahead of him. We were enlisted Marines assigned to ████████████████████████ ████████████ As I said, I was there already when Ray checked into the company office. I noticed him right away and introduced myself. He was one of the new guys and I had been there long enough to know where everything was. I saw in him a lot of myself. Other than Ray being taller and skinnier, we had a lot in common. We were interested in the same things: outdoors, hunting, fishing, trucks, motorcycles, horses and being the best type "A" Marines, we could be. But most importantly, we both believe our family, our brotherhood and our religion are the driving factors of our character. Honor, courage, and integrity were not just words to us, they were and still are how we live our lives.

We both married for the first time during that first tour and had our first child at the Marine Corps base in ██████████during our station there. Together, we spent most of our off time together with our families. At work, we were in different platoons but we both had the reputation as the "go to guys" if you needed help or had to get something done in a hurry. Ray and I never got into trouble. We knew that in order to provide for our families and be promoted, we had to stay out of trouble. When we got promoted, we made more money for our family. We were both promoted.

Again, as a true sign of Ray's character and professionalism, he was promoted to ██████████████) within 3 years. This is a feat that is still to this day very rare and that put him within the top 5 percent of all Marines of his generation at that time.

I really understood who Ray and were his drive came from, after my wife and I met his mother and father for the first time. We were invited to go home with him for a long weekend early in our tour. Home for Ray was Mesa, AZ. I had never been there, I was

born and raised in Florida, so I was unfamiliar with the Southwest, the culture or Ray's church. We were strangers to his parents, but they welcomed us with open arms, fed us for 3 days and treated us like family. This would be the beginning of many trips to Mr. and Mrs. Epps house. They were deeply religious and loving people. Ray was their offspring. He never, in all the years, in my opinion, has failed to bring honor and respect to his parents.

Although we were separated in service after he left active duty and I stayed until retirement, we never passed up an opportunity to spend time with each other in our travels and we have always stayed in touch by checking in a couple of times a year to catch up on family and ourselves. Ray is a family man who loves his wife, children, and grandchildren. He has worked hard his entire life to provide for them and to bring honor to his house. He is a law-abiding citizen, he was a great asset to the Marine Corps, and above all, Ray is a true American patriot!

I first learned about Ray's involvement on June 6th after I saw the news on television. I immediately called Ray to ask him what had happened and what his involvement was. As I have said, Ray believes in the rule of law. He is a patriot and a God-fearing man. I understand how he could have been involved in a legal demonstration but not in the unacceptable chaos that ensued. He told me he had no intention of being a part of what happened, he was in the wrong place at the wrong time, and he wished he had never been there. He said he went past the barricades to help people but at that moment he realized he should not have been there. He realized he made a mistake, and he was wrong.

I respectfully ask that when you read this you take the following into consideration. Ray will always try to right the wrong, to bring justice to the unjust. He would never intentionally do anything that would put someone in harm's way, and he would never intentionally bring dishonor to himself, his family or to the Marine Corps. He believes the most important things in life are faith, family, and our country.

Ray knows he made a serious mistake. His family has paid a high price already for it and he also has paid in loss of income, losing his home to provide safety for his wife and shame to himself. He will never forget this. I ask that you recognize the man for who he really is and not his transgression when determining punishment. His wife needs him, his family needs him. But as a man of honor and conviction, he will do as you say and what is required of him.

I appreciate your acceptance and consideration of this letter in Ray's behalf.  I make myself available at your convenience for anything else I can do to help you resolve this matter.

Sincerely and respectfully submitted,

5 Oct. 2023

The Hon. James E. Boasberg

Chief Judge

United States District Court for District of Columbia

333 Constitution Avenue N. W.

Washington, D.C. 20001

Dear Chief Judge Boasberg,

My name is ████████████ I am writing this letter concerning my son James "Ray" Epps Sr who will be appearing before you for sentencing.

My husband and Rays father ████████████ and I were married very young. He was drafted into the Army after Ray was born. We had a daughter while in the service and two sons after. My husband was able to get his GED while in the Army. After his discharge we returned to Mesa where we have lived most of our lives. He applied for a job at the ████████████ and was hired. His work schedule allowed him to operate a small roofing business on the side. Ray and his brothers were taught how to work and were paid a good wage. Ray has continued to be a hard worker all his life.

Ray has always had a big heart. He watched out for his sister, brothers, and all those in need. He has always had a good sense of right and wrong.

Ray played numerous sports in school and took part in lots of activities at church each week. Ray has always been very patriotic, when he was a senior, he signed a delayed entry into the Marine Corps. After high school he went right into The Marine Corps. He served four years. He was married and they had one daughter while in the service.

After his discharge, they returned to Mesa and he made his living as a roofer. He and his wife had a son and another daughter. The marriage ended in a divorce. Ray got joint custody and he always paid his child support. After a time, Ray married, his current wife Robyn, they have been married for 33 years. Together they raised his son Jim, who grew up married and he and his wife have 6 children. Jim has served as a Bishop in the church. For nine years, at their own expense, Ray and Robyn and the children cooked and served breakfast for homeless people on Christmas mornings in Pioneer Park in Mesa. They made flyers, set up tables and chairs, cooked and served. I know it had a great impact in teaching all the children about sharing and service to others.

Ray has many talents one being a good gardener. He raised many different vegetables in his greenhouse and donated thousands of pounds to low- income families that live in the old Williams Airforce base housing. Most are single mothers with children.

When Ray went to the Capitol, he thought the election had been stolen. In addition, he was upset because of his 12 year old autistic grandson, who had committed suicide during the closure of the schools and churches a few weeks before. Ray deeply regrets going to the January 6th rally. He was appalled by seeing people fighting with the police, destroying property, and climbing the Capitol walls, etc. He has always respected the law and described how he felt by saying, "It made me sick to my stomach". Although Ray had good intentions in trying to de-escalate the situation, he broke the law by entering a restricted area/grounds. He has accepted  responsibility for his actions sense January 6 2021

and understands the seriousness of doing so. Ray's attendance on January 6 has cost him and his wife Robyn greatly. The conspiracy theory and lies have resulted in serious death threats, where their safety is always a concern. They had worked years developing their property, a successful business and reputation. For their safety they left their home, business, family, friends and life they created. All of which would have afforded them a secure retirement and future. Ray learned a very hard lesson that day and one in which he and his wife will continue paying for the rest of their lives. To this point I am requesting leniency for my son.

Sincerely,

